Alan S. Wolf, Bar No. 94665
Daniel K. Fujimoto, Bar No. 158575
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614
Tel: (949) 720-9200
Fax: (949) 608-0128

Attorneys for Movant
Mortgage Electronic Registration Systems, Inc. (aka MERS)
solely as a nominee for SunTrust Mortgage, Inc., its
successors and assigns

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>KAREN NAJERA<br><br>    Debtor. | CASE: 09-23623-C-7<br><br>CHAPTER 7<br><br>REF.: ASW-1<br><br>MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND DECLARATION OF CHRISSY REILL IN SUPPORT THEREON<br><br>DATE: 03/22/10<br>TIME: 9:30am<br>CTRM: 35<br>U.S. Bankruptcy Court<br>501 I Street<br>Sacramento, CA 95814 |

    The Motion of Mortgage Electronic Registration Systems, Inc. (aka MERS) solely as a nominee for SunTrust Mortgage, Inc., its successors and assigns respectfully shows as follows:

    1.  This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. Sections 157 and 1334.

    2.  This Motion is brought pursuant to Local Rule 9014-1 (f)(1)(ii) written opposition, if any, to the granting of

Matter I.D. 336-6707

1 the Motion shall be in writing and shall be served on the
2 moving party and filed with the Clerk by the responding
3 party at least fourteen (14) days preceding the noticed date
4 of the hearing.  Unless written opposition and supporting
5 evidence are timely filed with the Court, without good
6 cause, no party will be heard in opposition to the Motion at
7 oral argument. Failure of the responding party to timely
8 file written opposition may be deemed a waiver of any
9 opposition to the granting of the Motion.

10    Opposition to the Motion shall be served on counsel for
11 Movant as follows:

12 THE WOLF FIRM, A Law Corporation
   2955 Main Street, Second Floor
13 Irvine, CA 92614

14    3.   On March 3, 2009, a petition under Chapter 7 of the
15 Bankruptcy Code was filed by the Debtor.

16    4.   MICHAEL D. McGRANAHAN Trustee is the Chapter 7
17 Trustee for this case.

18    5.   Movant is, and at all times herein mentioned was a
19 corporation organized and existing under the laws of the
20 United States.

21    6.    Movant is the beneficiary under a Deed of Trust as
22 nominee for SUNTRUST MORTGAGE, INC. and its successors and
23 assigns which secures a Promissory Note ("Note") in the
24 principal sum of $342,000, with the Note all due and payable
25 on May 1, 2037.  The Note and Deed encumber real property
26 commonly known as:
27    845 Applegate Court, Tracy, CA 95376 ("Property")

Matter I.D. 336-6707

1 and legally described as set forth in the Deed of Trust,
2 which is attached to the Declaration of CHRISSY REILL.
3     7.  The beneficial interest under the Deed of Trust is
4 currently held by Movant as nominee for SUNTRUST MORTGAGE,
5 INC. and its successors and assigns.  <u>See</u> Declaration of
6 CHRISSY REILL.
7     8.  There was a default under the terms of the Note and
8 Deed of Trust, however, Movant has been unable to record a
9 Notice of Default and Election to Sell.
10    9.  The Property is Debtor's principal residence.
11    10.  As of February 10, 2010, the Debtor has failed to
12 tender 12 of the contractual payments which have fallen due
13 under the Note and Deed of Trust.
14    11.  The total amount due under Note and Deed of Trust
15 as of February 10, 2010, exclusive of attorneys fees and
16 costs, was approximately $365,999.18.  See Statement of
17 Indebtedness attached hereto as <u>Exhibit "1"</u>.
18    12.  The Property is also encumbered by additional
19 liens and arrearages which, when added to Movant's lien and
20 arrearages secured thereby, total approximately $376,750.18.
21    13.  Movant requests the Court take Judicial Notice
22 that the Debtor's Schedule "A" provides the fair market
23 value of the Property to be approximately $220,000.00.  A
24 true and correct copy of Schedule "A" is attached hereto as
25 <u>Exhibit "2"</u> and incorporated by reference.
26    14.  Movant requests the Court take Judicial Notice
27 that the Debtor's Schedule "D" reflects the Property is

encumbered by 2 additional liens. A true and correct copy of the Debtor's Schedule "D" is attached hereto as <u>Exhibit "3"</u> and incorporated by reference.

15. Due to the liens, encumbrances and arrearages existing against the Property, and due to current market trends and costs of sale, the Debtor does not have any equity in the Property.

16. The Debtor has no reasonable prospect for reorganization and the Property is not necessary for an effective reorganization.

17. Movant does not have, and has not been offered, adequate protection for its interest in the Property and the passage of time will result in irreparable injury to Movant's interest in the Property including, but not limited to, loss of interest and opportunity.

18. For all the reasons set forth herein, there is cause for relief from stay including, but not limited to, lack of adequate protection and the Debtor's failure to make the required Deed of Trust payments.

WHEREFORE, Movant prays for the judgment against Respondents as follows:

(1) That the automatic stay be terminated or annulled so that Movant may exercise or cause to be exercised any and all rights under its Note and/or Deed of Trust and any and all rights after the foreclosure sale, including, but not limited to, the right to consummate foreclosure proceedings

Matter I.D. 336-6707

on the property and the right to proceed in unlawful detainer;

 (2) For reasonable attorneys' fees;

 (3) For the waiver of the 14 day stay pursuant to Bankruptcy Rule 4001(a)(3).

 (4) For such other and further relief as the Court deems just and proper.

Dated: February 12, 2010

<u>/s/ Alan Steven Wolf</u>
ALAN STEVEN WOLF
Attorneys for Movant
Mortgage Electronic Registration Systems, Inc. (aka MERS) solely as a nominee for SunTrust Mortgage, Inc., its successors and assigns

Matter I.D. 336-6707

# EXHIBIT 1

MOVANT'S STATEMENT OF INDEBTEDNESS

Debtor:              NAJERA
CASE NO.:            09-23623-C-7
PROPERTY ADDRESS:    845 Applegate Court
                     Tracy, CA  95376


A.   APPROX. PRINCIPAL DUE AS OF February 10, 2010:
1st trust deed SUNTRUST MORTGAGE           =  $       341,000.00
UCC Lien-American General Finance          =  $         7,684.00
HOA Lien                                   =  $         3,067.00

                                     TOTAL =  $       351,751.00


B.   APPROX. DELINQUENCY ON ABOVE INDEBTEDNESS AS OF 02/10/10:
Movant's first trust deed payments and late charges:

4    payment(s) at    $     1,868.78   =  $         7,475.12

8    payment(s) at    $     1,873.72   =  $        14,989.76

                   Accrued Late Charges $         1,278.75
                         Escrow Advance $         1,210.55
                      Prop. Inspections $            45.00

                                TOTAL $          24,999.18

C.   VALUE OF PROPERTY:                        $       220,000.00
D.   LESS TOTAL OF PRINCIPAL AND DELINQUENCY:  $       376,750.18

E.   GROSS EQUITY (D-C)*:                      $      -156,750.18

Matter I.D. 336-6707

# EXHIBIT 2

B6A (Official Form 6A) (12/07)

In re  **Karen Najera**  Case No. _____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Debtors Personal Residence<br>845 Applegate Court<br>Tracy, CA 95376<br><br>Purchase date: 9/1998<br>Purchase price: $143,000<br><br>1st DOT: $340,000 | Fee simple | - | 220,000.00 | 344,067.00 |

Sub-Total >  **220,000.00**  (Total of this page)

Total >  **220,000.00**

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037  Best Case Bankruptcy

# EXHIBIT 3

B6D (Official Form 6D) (12/07)

In re   Karen Najera
_____,   Case No. _____
                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx8329 American General Finance P.O. 631 Manteca, CA 95336 | | - | Opened 7/26/07 Last Active 10/01/08 UCC Lien Heating & Air conditioning unit (installed in home) Secured by UCC Filing | | | | | |
| | | | Value $ 220,000.00 | | | | 7,684.00 | 0.00 |
| Account No. 0093 Association Lien Services P.O. Box 64750 Los Angeles, CA 90064-0750 | | - | 2009 Home Owners Dus Debtors Personal Residence 845 Applegate Court Tracy, CA 95376 Purchase date: 9/1998 Purchase price: $143,000 1st DOT: $340,000 | | | | | |
| | | | Value $ 220,000.00 | | | | 3,067.00 | 3,067.00 |
| Account No. xxxxxxxx1796 Best Buy P.O. Box 15521 Wilmington, DE 19805 | | - | Opened 3/27/04 Last Active 6/28/08 Purchase Money Security HP Laptop (3 years old) Sec Best Buy Location: 845 Applegate Court, Tracy CA | | | | | |
| | | | Value $ 350.00 | | | | 1,981.00 | 1,631.00 |
| Account No. 2376 Honda Finance P.O. Box 79150 City Of Industry, CA 91716 | | - | 2007 Automobile Loan 2005 Honda Accord EX (85,000 miles) Location: 845 Applegate Court, Tracy CA | | | | | |
| | | | Value $ 9,835.00 | | | | 7,365.00 | 0.00 |
| __1__ continuation sheets attached | | | Subtotal (Total of this page) | | | | 20,097.00 | 4,698.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                         Best Case Bankruptcy

In re  **Karen Najera**  ,  Case No. _____
                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx1123** <br><br> **Suntrust Mortgage** <br> **P.O. Box 100100** <br> **Atlanta, GA 30348** | | - | Opened 4/16/07 Last Active 10/16/08 <br> First Mortgage <br> Debtors Personal Residence <br> 845 Applegate Court <br> Tracy, CA 95376 <br> Purchase date: 9/1998 <br> Purchase price: $143,000 <br> 1st DOT: $340,000 <br> Value $ 220,000.00 | | | | 341,000.00 | 121,000.00 |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Sheet  **1**  of  **1**  continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | 341,000.00 | 121,000.00 |
| | | | Total (Report on Summary of Schedules) | | | | 361,097.00 | 125,698.00 |