```
                                                          FILED
                                                    February 18, 2010
                                                 CLERK, U.S. BANKRUPTCY COURT
                                                 EASTERN DISTRICT OF CALIFORNIA

                                                       0002426473
```

2
Michael D. McGranahan
Trustee in Bankruptcy
P.O. Box 5018
Modesto, CA 95352
Phone: (209) 524-1782

# THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### (SACRAMENTO DIVISION)

| | |
|---|---|
| In re:<br>KAREN NAJERA,<br><br>Debtor. | Case No.: 09-23623<br>DC NO.: MDM-1<br>Chapter 7<br>Date: March 22, 2010<br>Time: 9:30 a.m.<br>Place: 501 "I" Street, 6th Floor<br>       Courtroom 35<br>       Sacramento, CA 95814<br>Judge: Hon: Christopher Klein |

## MOTION TO ABANDON REAL PROPERTY

TO:  THE HONORABLE U.S. BANKRUPTCY JUDGE:

      **MICHAEL D. McGRANAHAN**, the duly qualified and acting Trustee in this case, pursuant to 11 U.S.C. § 554 (a) and Bankruptcy Rule 6007, respectfully represents:

      1.   The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1134 and § 157 (a).

      2.   On March 3, 2009, the debtor filed a petition under Chapter 7 in the above-entitled court and MICHAEL D. McGRANAHAN was appointed as Trustee.

      3.   Among the assets which constitute property of the estate is the real property commonly described as 845 Applegate Court, Tracy, CA 95376 ("PROPERTY").

4. Said property has a market value of $220,000 and debt of $376,000. There is no equity in said Property for the benefit of the bankruptcy estate.

5. The estate would potentially suffer tax consequences should these Properties be foreclosed upon while the case is pending.

**WHEREFORE,** the Trustee requests the Court to examine the facts and circumstances in connection with this matter, and authorize the Trustee to abandon the above-described real property back to the debtor on the grounds that it is burdensome and of inconsequential value to the estate, and for such other and further relief as the Court may deem just and proper.

DATED: February 17, 2010

/s/ Michael D. McGranahan
MICHAEL D. McGRANAHAN
Trustee in Bankruptcy