FILED
February 18, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002426474

Michael D. McGranahan
Trustee in Bankruptcy
P.O. Box 5018
Modesto, CA 95352
Phone: (209) 524-1782

THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

In re:

KAREN NAJERA,

        Debtor.

Case No.: 09-23623
DC NO.: MDM-1
Chapter 7

Date: March 22, 2010
Time: 9:30 a.m.
Place: 501 I Street, 6th Floor
Courtroom 35
Sacramento, CA 95814
Judge: Hon: Christopher Klein

### DECLARATION OF TRUSTEE IN SUPPORT OF MOTION TO ABANDON

    **MICHAEL D. McGRANAHAN**, hereby declares as follows:

    1. I am the duly appointed and qualified Chapter 7 trustee for the debtor(s) named above.

    2. Among the assets which constitute property of the estate is the real property commonly described as 845 Applegate Court, Tracy, CA 95376 ("PROPERTY").

    3. Said Property has a market value of $220,000 and debt of $376,000.

    4 After deducting costs of sale, consensual liens, tax liens and judgment liens, there is no equity in the Property for the benefit of the estate. Furthermore, the estate would

potentially suffer tax consequences should this property be foreclosed upon during the pendency of the case.

     5. It is my opinion, based on the foregoing, that said Property has insufficient value to warrant administration and are burdensome to the estate.

I declare under penalty of perjury and the laws of the United States, that the foregoing is true and correct to the best of my knowledge. I am competent to give this testimony if called upon to do so.

DATED: <u>February 17, 2010</u>

          <u>/s/ Michael D. McGranahan</u>
          MICHAEL D. McGRANAHAN
          Trustee in Bankruptcy